# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennelly, Matthew F. | Northern District of Illinois | 05/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - active status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
219 South Dearborn Street
Room 2188
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Richard Linn American Inn of Court (bar organization) |
| 2. | Past President | Federal Bar Association, Chicago Chapter (bar organization) |
| 3. | Director | HFS Chicago Scholars (not-for-profit scholarship fund) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kennelly, Matthew F.** | 05/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | City of Evanston, Illinois - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Renmin Univ. of China Law School | 1/16/2021- | Beijing, China | Speaker at seminar | transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kennelly, Matthew F.** | 05/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Privilege holder (< dues than member, privilege of using facilities at standard fees) | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Am. Funds Europacific Grth Fund mut fund | A | Dividend | N | T | | | | | |
| 2. Am. Funds Fundamental Investors mut fund | D | Dividend | O | T | | | | | |
| 3. Am. Funds Growth Fund of Am. mut fund | E | Dividend | O | T | | | | | |
| 4. Am. Funds Investment Co. fo Am. mut fund | D | Dividend | N | T | | | | | |
| 5. MFS Munic. Ltd. Maturity Bond Fund mut fund | A | Dividend | K | T | | | | | |
| 6. Am. Funds New Perspective Fund | E | Dividend | N | T | | | | | |
| 7. Am. Funds Smallcap World Fund mut fund | C | Dividend | N | T | | | | | |
| 8. Am. Funds Tax Exempt Bond Fund of Am. mut fund | B | Dividend | L | T | | | | | |
| 9. NM Insured Deposit - money mkt fund | A | Dividend | J | T | | | | | |
| 10. Fidelity Cash Reserves - money mkt fund | A | Dividend | M | T | | | | | |
| 11. Fidelity Growth & Income mut fund | A | Dividend | L | T | | | | | |
| 12. JP Morgan Chase bank accounts | A | Interest | J | T | | | | | |
| 13. JP Morgan Chase checking account | | None | M | T | | | | | |
| 14. Am. Funds AMCAP Fund mut fund (IRA) | D | Dividend | M | T | | | | | |
| 15. Am. Century Diversified Bond Fund mut fund (IRA) | B | Dividend | L | T | | | | | |
| 16. Am. Century Small Gap Grth mut fund (IRA) | E | Dividend | M | T | | | | | |
| 17. Am. Century Heritage Fund mut fund (IRA) | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    Am. Corporate Fond Fund mut fund (IRA) | C | Dividend | M | T | | | | | |
| 19.    Am. Fund Bond Fund of Am. mut fund (IRA) | D | Dividend | N | T | | | | | |
| 20.    Am. Funds. Investment Co. of Am. mut fund (IRA) | B | Dividend | L | T | | | | | |
| 21.    Am. Funds New World Fund mut fund (IRA) | A | Dividend | N | T | | | | | |
| 22.    Russell Global Real Estate Secs. mut fund (IRA) | B | Dividend | L | T | | | | | |
| 23.    Am. Funds Wash. Mut. Investors mut fund (IRA) | C | Dividend | M | T | | | | | |
| 24.    Invesco Oppenheimer Devel Mkts Fund mut fund (IRA) | A | Dividend | L | T | Sold (part) | 10/21/20 | J | A | |
| 25.    AB Global Bond Fund mut fund (IRA) | C | Dividend | M | T | Sold (part) | 04/20/20 | J | A | |
| 26. | | | | | Sold (part) | 07/21/20 | J | A | |
| 27.    Brown Cap. Mgmt. Small Co. Fund mut fund (IRA) | C | Dividend | L | T | | | | | |
| 28.    Delaware Emerging Mkts Fund mut fund (IRA) | A | Dividend | L | T | | | | | |
| 29.    DWS Enhanced Commod. Strategy Fund mut fund (IRA) | A | Dividend | L | T | | | | | |
| 30.    John Hancock Disciplined Value Mid Cap Fund mut fund (IRA) | A | Dividend | K | T | | | | | |
| 31.    Pimco Commod. Real Return Fund mut fund (IRA) | A | Dividend | L | T | | | | | |
| 32.    Silverpepper Commod. Strategy Global Fund mut fund | A | Dividend | L | T | | | | | |
| 33.    NM Insured Deposit money mkt fund (IRAs) | A | Dividend | J | T | | | | | |
| 34.    Northwestern Mutual Extra Ordinary Life whole life ins policy | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity 500 Index Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 36. | | | | | Sold | 07/23/20 | J | A | |
| 37. JPMorgan Exch Trad Fund Betabuilders mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 38. | | | | | Sold | 07/24/20 | J | A | |
| 39. Six Circles US Unconstrained Equity Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 40. | | | | | Sold | 07/23/20 | J | A | |
| 41. Vanguard 500 Index Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 42. | | | | | Sold | 07/23/20 | J | A | |
| 43. Dodge & Cox Inc Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 44. | | | | | Sold | 07/23/20 | J | A | |
| 45. iShares Barclays 20+ Yr T Bond ETF mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 46. | | | | | Sold | 07/24/20 | J | A | |
| 47. iShares Barclays 7-10 Yr T Bond ETF mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 48. | | | | | Sold | 07/24/20 | J | A | |
| 49. iShares MBS ETF mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 50. | | | | | Sold | 07/24/20 | J | A | |
| 51. JPMorgan Core Bond Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 07/23/20 | J | A | |
| 53. Pimco Inv Grade Credit Bond Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 54. | | | | | Sold | 07/23/20 | J | A | |
| 55. Pimco Total Return Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 56. | | | | | Sold | 07/23/20 | J | A | |
| 57. T Rowe Price New Income Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 58. | | | | | Sold | 07/23/20 | J | A | |
| 59. Six Circles Ultra Short Duration Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 60. | | | | | Sold | 07/23/20 | J | A | |
| 61. Vanguard Total Bond Mkt Index Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 62. | | | | | Sold | 07/24/20 | J | A | |
| 63. Vanguard Total Intl Bond Index Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | K | | Inherited from father |
| 64. | | | | | Sold | 07/23/20 | K | A | |
| 65. Vanguard Charlotte Total Intl Bond ETF mut fund (inherited IRA) | A | Dividend | | | Buy | 04/27/20 | J | | Inherited from father |
| 66. | | | | | Sold | 07/24/20 | J | A | |
| 67. Brown Cap Mgmt Small Co Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 68. Cohen & Steers RE Secs Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kennelly, Matthew F.** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. DWS Enhanced Commod Strategy Fund mut fund (inherited IRA) | A | Dividend | | | Buy | 07/23/20 | J | | |
| 70. | | | | | Sold | 09/01/20 | J | A | |
| 71. FMI Intl Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 72. Fidelity Advisory Total Bond Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 73. | | | | | Sold (part) | 09/01/20 | J | A | |
| 74. Goldman Sachs Int Small Cap Insights Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 75. Oakmark Select Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 76. | | | | | Sold (part) | 09/01/20 | J | A | |
| 77. New World Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 78. Parnassus Mid Cap Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 79. Pimco Income Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 80. | | | | | Sold (part) | 09/01/20 | J | A | |
| 81. Pimco Commod Plus Strategy Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 82. iShares Gold Tr mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 83. iShares Core SP500 ETF mut fund (inherited IRA) | A | Dividend | K | T | Buy | 07/24/20 | K | | |
| 84. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 85. iShares Core SP Mid Cap ETF mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. iShares Core SP Small Cap ETF mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 87. iShares MSCI USA Value Factor ETF mut fund (inherited IRA) | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 88. Schwab Strategic Tr Intl Equity ETF mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 89. Vanguard Total Bond Mkt Index Fund mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 90. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 91. Vanguard Malvern Funds ShortTerm Inflation Prot mut fund (inher IRA) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 92. Vanguard Intl Eq Funds FTSE Emerg Mkt ETF mut fund (inherited IRA) | A | Dividend | J | T | Buy | 07/24/20 | J | | |
| 93. Alphabet Inc stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 94. | | | | | Sold | 07/07/20 | J | A | |
| 95. Ambev SA stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from fatehr |
| 96. | | | | | Sold | 07/07/20 | J | A | |
| 97. Am Elec Power stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 98. | | | | | Sold | 07/07/20 | J | A | |
| 99. Brit Am Tobacco stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 100. | | | | | Sold | 07/07/20 | J | A | |
| 101. Deere & Co stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 102. | | | | | Sold | 07/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Exxon Mobil Co stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 104. | | | | | Sold | 07/07/20 | J | A | |
| 105.  Ford Motor Co stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 106. | | | | | Sold | 05/12/20 | J | A | |
| 107.  Gen Elec Co Stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 108. | | | | | Sold | 07/07/20 | J | A | |
| 109.  JP Morgan Chase stock (inherited acct) | | None | | | Buy | 05/01/20 | K | | Inherited from father |
| 110. | | | | | Sold | 05/18/20 | K | A | |
| 111.  Pepsico stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 112. | | | | | Sold | 07/07/20 | J | A | |
| 113.  Pfizer stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 114. | | | | | Sold | 05/07/20 | J | A | |
| 115.  Pimco Emerg Mkts Bond Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 116. | | | | | Sold | 07/07/20 | J | A | |
| 117.  Procter & Gamble stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 118. | | | | | Sold | 07/07/20 | J | A | |
| 119.  South32 Ltd stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/07/20 | J | A | |
| 121. Steel Dynamics Inc stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | K | | Inherited from father |
| 122. | | | | | Sold | 07/07/20 | K | A | |
| 123. Taiwan Semiconductor stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 124. | | | | | Sold | 07/07/20 | J | A | |
| 125. Toyota Motor Co stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 126. | | | | | Sold | 07/07/20 | J | A | |
| 127. Verizon Communications stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 128. | | | | | Sold | 07/07/20 | J | A | |
| 129. Wabtec Corp stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 130. | | | | | Sold | 07/07/20 | J | A | |
| 131. Walt Disney Co stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 132. | | | | | Sold | 07/07/20 | J | A | |
| 133. Waste Mgmt Co stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 134. | | | | | Sold | 07/07/20 | J | A | |
| 135. Yum Brands Inc stock (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 136. | | | | | Sold | 07/07/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Yum China Holdings stock (inherited acct) | | None | | | Buy | 05/01/20 | J | | Inherited from father |
| 138. | | | | | Sold | 07/07/20 | J | A | |
| 139. Dodge & Cox Income Fund mut fund (inherited acct | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 140. | | | | | Sold | 07/06/20 | J | A | |
| 141. Fidelity 500 Index Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 142. | | | | | Sold | 07/06/20 | J | A | |
| 143. iShares 20+ Yr T Bond Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 144. | | | | | Sold | 07/07/20 | J | A | |
| 145. iShares 7-20 Yr T Bond Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 146. | | | | | Sold | 07/07/20 | J | A | |
| 147. iShares MBS ETF mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 148. | | | | | Sold | 07/07/20 | J | A | |
| 149. JPMorgan ETF Betabuilders mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 150. | | | | | Sold | 07/07/20 | J | A | |
| 151. JPMorgan Core Bond Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 152. | | | | | Sold | 07/06/20 | J | A | |
| 153. Mainstay Mackay High Yld Corp Bond Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 07/06/20 | J | A | |
| 155. Pimco Investment Grd Credit Bond Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 156. | | | | | Sold | 07/06/20 | J | | |
| 157. Pimco Total Return Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 158. | | | | | Sold | 07/06/20 | J | A | |
| 159. T Rowe Price New Inc Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 160. | | | | | Sold | 07/06/20 | J | A | |
| 161. Six Circles Intl Unconstrained Eq Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 162. | | | | | Sold | 06/30/20 | J | A | |
| 163. Six Circles US Unconstrained Eq Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 164. | | | | | Sold | 06/30/20 | J | | |
| 165. Six Circles Ultra Short Duration Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 166. | | | | | Sold | 06/30/20 | J | | |
| 167. SPDR SP 500 ETF mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 168. | | | | | Sold | 07/07/20 | J | A | |
| 169. Vanguard Charlotte Total Bond Idx Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 170. | | | | | Sold | 07/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting<br><br>**Kennelly, Matthew F.** | Date of Report<br><br>05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Vanguard 500 Index Fund mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 172. | | | | | Sold | 07/06/20 | J | A | |
| 173. Vanguard Total Intl Bd Fund ETF mut fund (inherited acct) | A | Dividend | | | Buy | 05/12/20 | J | | Inherited from father |
| 174. | | | | | Sold | 07/06/20 | J | A | |
| 175. iShares Core SP500 ETF mut fund (inherited acct) | A | Dividend | | | Buy | 05/01/20 | J | | Inherited from father |
| 176. | | | | | Sold | 07/07/20 | J | A | |
| 177. Am Funds New Perspective Fund - 529A mut fund | D | Dividend | M | T | Buy | 07/27/20 | M | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 05/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew F. Kennelly**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544